No. 82–172.  TOMARGO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 82–173.  WASHINGTON STATE CHARTERBOAT ASSN. *v.* HOH INDIAN TRIBE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 82–176.  AMADA ENTERPRISES, DBA VIEW HEIGHTS CONVALESCENT HOSPITAL, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.

No. 82–180.  RASKY *v.* COLUMBIA BROADCASTING SYSTEM, INC., AKA CBS–WBBM, ET AL.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 82–182.  MALDONADO ET AL. *v.* RODRIGUEZ ET AL. C. A. 2d Cir.  Certiorari denied.

No. 82–189.  WARNER ET AL. *v.* SOVEREIGN NEWS CO. C. A. 6th Cir.  Certiorari denied.

No. 82–190.  MCDERMOTT *v.* ATTORNEY GENERAL OF THE UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 82–199.  VALERINO *v.* VALERINO.  Ct. Sp. App. Md. Certiorari denied.

No. 82–203.  SAVOY ET AL. *v.* MASSACHUSETTS; and

No. 82–5159.  ALDOUPOLIS *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.  Reported below: 386 Mass. 260, 435 N. E. 2d 330.

No. 82–208.  KOLOJAY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 82–210.  CITY OF FORT WORTH, TEXAS *v.* GARRIS. C. A. 5th Cir.  Certiorari denied.